# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 13, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130764

LAWRENCE HUGHES and LILLIAN
HUGHES, as personal representatives of
the Estate of STEVEN MICHAEL LLOYD,
and BERT SMITH, Individually and as
Next Friend of MICHAEL C. SMITH,
        Plaintiffs-Appellees,

and

BROCK ANTHONY LLOYD,
        Intervening Plaintiff,

v

JACKSON COUNTY ROAD COMMISSION,
        Defendant-Appellant.

SC: 130764
COA: 256652
Jackson CC: 02-001766-NO

_____/

On order of the Court, the application for leave to appeal the February 9, 2006 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of *Wilson v Alpena County Road Commission*, 474 Mich 161 (2006).

KELLY, J., would deny leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 13, 2006

d1206

*Corbin R. Davis*
Clerk